FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2021

No. 04-20-00326-CR

Leonard **CHARGUALAF**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1243-CR-A
Honorable William D. Old III, Judge Presiding

# O R D E R

In this *Anders* case, Appellant requests more time to prepare his response due to multiple prison transfers.

Appellant's motion is GRANTED. Appellant's pro se response is due on April 30, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court